## DANIELS et al. v. STAFFORD.

(Supreme Court, General Term, First Department.    April 14, 1893.)

Action by William E. Daniels and others against Francis X. Stafford.
Thos. Spratt, for plaintiffs.
N. J. Waterbury, Jr., for defendant.
No opinion.    Motion denied.


## In re HOTCHKISS' ESTATE.

(Supreme Court, General Term, First Department.    April 14, 1893.

In the matter of the estate of Maria E. Hotchkiss.
No opinion.    Motion granted, with $10 costs.


## MORRIS v. EIGHTH AVE. R. CO.

(Supreme Court, General Term, First Department.    April 14, 1893.)

Action by Andrew Morris against the Eighth Avenue Railroad Company.
G. Washbourne Smith, for plaintiff.
John M. Scribner, for defendant.
No opinion.    Motion denied.    See 22 N. Y. Supp. 666.


## PEOPLE v. PINCKNEY.

(Supreme Court, General Term, First Department.    April 14, 1893.)

De Lancey Nicoll, for the People.
D. McMahon, for respondent.
No opinion.    Motion for resettlement denied.    See 22 N. Y. Supp. 118.


## RUGGLES v. STAFFORD.

(Supreme Court, General Term, First Department.    April 14, 1893.)

Action by Philo T. Ruggles against Francis X. Stafford.
Thos. Spratt, for plaintiff.
N. J. Waterbury, Jr., for defendant.
No opinion.    Motion denied.


## WILLIAMS, Respondent, v. LINDBLOM, Appellant.

(Supreme Court, General Term, First Department.    April 14, 1893.)

Action by William S. Williams against Robert Lindblom, impleaded with others.
L. A. Gould, for appellant.
D. M. Porter, for respondent.
No opinion.    Motion denied, with $10 costs.    See 22 N. Y. Supp. 678.